IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CR426 |
| | ) | |
| v. | ) | |
| | ) | |
| TOBY L. McCUNN, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

      This matter is before the Court on a consent motion to amend order (Filing No. 57).  The Court finds the motion should be granted.  Accordingly,

      IT IS ORDERED that said motion is granted.  The United States Marshal's Service shall release the $235.00 to defendant personally through The Automated Clearing House.

      DATED this 21st day of September, 2010.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court